TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-94-00738-CR

Mike Torres, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF SAN SABA COUNTY, 33RD JUDICIAL DISTRICT

NO. 4927, HONORABLE CHARLES HEARN, JUDGE PRESIDING

PER CURIAM

 On November 1, 1995, we abated this appeal and remanded the cause to the district
court for a hearing on appellant's motion for new trial. On November 17, the motion for new
trial was granted. The appeal is dismissed as moot.

Before Chief Justice Carroll, Justices Aboussie and Jones

Dismissed

Filed: December 13, 1995

Do Not Publish